UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:19-CV-14243-ROSENBERG/MAYNARD

CENTER FOR BIOLOGICAL DIVERSITY,

    Plaintiff,

        v.

U.S. FISH AND WILDLIFE SERVICE and
DAVID BERNHARDT, in his official
capacity as Secretary of the Department of the
Interior,

    Defendants.

## FINAL JUDGMENT ORDER

In accordance with the Order Granting Plaintiff's Motion for Summary Judgment entered September 16, 2020 (ECF No. 61), **JUDGMENT IS HEREBY ENTERED FOR PLAINTIFFS** pursuant to Fed. R. Civ. P. 58.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 13th day of October, 2020.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to: All counsel of record via CM/ECF